HENRY P. CARRIER, as Administrator of the Estate of HELEN C. CARRIER, Deceased, Respondent, *v.* FRUEHAUF TRAILER Co. et al., Appellants. HENRY P. CARRIER, Respondent, *v.* FRUEHAUF TRAILER Co. et al., Appellants.

Submitted November 15, 1954; decided December 2, 1954.

*Livingston S. Latham* for motion.

*Joseph P. Leary* opposed.

Motion dismissed upon the ground that the order does not finally determine the actions within the meaning of the Constitution.